# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

CORTNEY JOHNSON, Individually
and on Behalf of All Others Similarly
Situated                                                        PLAINTIFF

v.                        No. 4:16-cv-577-DPM

A & R MOBILE HOME SUPPLY
& SERVICE, INC.; JAN McGOUGH
and RUSSELL McGOUGH, Both Individually
and as Officers and Directors of A & R Mobile
Home Supply & Service, Inc.                        DEFENDANTS

## ORDER

The unopposed motion, № 26, is granted. The Court decertifies the conditionally certified group of employees. № 20. This case is now between Johnson, individually, and the defendants. The Court directs the Clerk to update the docket.

So Ordered.

*D.P. Marshall Jr.*
United States District Judge

17 November 2017