IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CORTNEY JOHNSON                                                        PLAINTIFF

v.                            No. 4:16-cv-577-DPM

A & R MOBILE HOME SUPPLY
& SERVICE, INC.; JAN McGOUGH
and RUSSELL McGOUGH, Both Individually
and as Officers and Directors of A & R Mobile
Home Supply & Service, Inc.                                            DEFENDANTS

## JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

22 December 2017